No. 6,707.—STATE ex rel. STATE HIGHWAY COMMISSION et al., Relators, *v.* DISTRICT COURT et al., Respondents.

Decided May 19, 1930.

612

PER CURIAM.—At the request of the attorney general it is ordered that the order that respondents in the above-entitled proceeding show cause on May 20, 1930, why the writ prayed for should not issue, is granted and the proceeding is dismissed.

*Mr. L. A. Foot,* Attorney General, and *Mr. S. R. Foot,* Assistant Attorney General, for Relators.